# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133805 & (9)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STATE TREASURER,
        Plaintiff-Appellee,

v

DONALD KELLY,
        Defendant-Appellant.

SC: 133805
COA: 277175
Genesee CC: 06-085212-CZ

_____/

     On order of the Court, the application for leave to appeal the April 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The provisions of the Court of Appeals April 23, 2007 order remain in effect, and the 21-day time period for payment of the initial partial fee pursuant to MCL 600.2963(1) shall run from the date of this order. The motion to consolidate is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723